UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAMJIT SANDU,

          Plaintiff,

Case No. 10-12593

HONORABLE AVERN COHN

v.

JANET NAPOLITANO, Secretary of
Homeland Security,

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 10, 2011, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 10, 2011        By: s/Julie Owens
                                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 10, 2011, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160